## WRIT OF MANDAMUS

THIS WRIT OF MANDAMUS IS TO HAVE THIS COURT AND OR MAGISTRATE JUDGE TO COMPEL THE COURT OF CRIMINAL APPEALS OF TEXAS TO RECIND ITS DECISION ON MY WRIT OF MANDAMUS WHICH THE COURT OF CRIMINAL APPEAL OF TEXAS DENIED WITHOUT WRITTEN ORDE WR-85,151-12 9-25-2024 TO COMPEL THE 13TH COURT OF APPEALS CORPUS CHRISTI TEXAS TO GIVE ME SOME KIND OF ANSWER ON MY ERROR APPEAL TO WHICH THAT COURT HAS HAD SINCE JULY 2024 1ST ONE SENT 2ND ONE SENT ON 7-29-24 CERTIFIED MAIL, ALSO HAVE ASKED THE 13TH COURT OF APPEALS FOR A CASE NO. COPY OF MY APPEAL ERROR IS ENCLOSED WITH LEGAL CITATIONS.

NOW BECAUSE I HAVE TO ASK THIS COURT AND OR MAGISTRATE JUDGE FOR HELP BECAUSE I HAVE NO PLACE TO GO. I HAVE MY LIBERTY AT STAKE. RESTRAINT & CONFINEMENT CONSTITUTES SUFFICIENT RESTRAINT OF LIBERTY

IN RE DEBA PRAYS THAT THIS WRIT WILL BE GRANTED

RESPECTIVELY SUBMITTED
Raymond Deba    PRO SE

RAYMOND DEBA
1560023 TERRELL UNIT
1300 FM 655
ROSHARON TX 77583

United States Courts
Southern District of Texas
FILED

NOV 04 2024

Nathan Ochsner, Clerk of Court

24TH DISTRICT COURT VICTORIA CTY
TR-CT. NO. 08-08-4437-CR

## APPEAL
### ERROR PLAIN - FUNDAMENTAL

THIS APPEAL IS ON - ERROR, PLAIN - FUNDAMENTAL AND VIOLATION UNITED STATES CONSTITUTION - INEFFECTIVE ASSISTANCE OF COUNSEL, COUNSEL JERRY L CLARK, MISCONDUCT BY D.A. ROBERT C. LASSMAN BOTH FAILED TO PROPERLY INVESTIGATE THE ENHANCEMENT PENAL CODE USED. THE ENHANCEMENT PENAL CODE USED: SEXUAL ASSAULT OF A CHILD, JULY 11 2005 NO. 2005 CR 0916, 227TH DISTRICT COURT BEXAL COUNTY TX. LEGAL RECORDS WILL SHOW, IE INDICTMENT 2005CR0916 SEXUAL ASSAULT. IE TRIAL TRANSCRIPT. I PLEAD ONLY TO SEXUAL ASSAULT.

ERROR, PLAIN - FUNDAMENTAL LEGAL TERMS ONE AND THE SAME.
### TEX. EVID. R. 103
RULE 103 RULING ON EVIDENCE - (e) TAKING NOTICE OF FUNDAMENTAL ERROR IN CRIMINAL CASES.

IN CRIMINAL CASES A COURT MAY TAKE NOTICE OF A FUNDAMENTAL ERROR EFFECTING A SUBSTANTIAL RIGHT EVEN IF THE CLAIM OF ERROR WAS NOT PROPERLY PRESERVED.

BLACK'S LAW DICTIONARY 11TH EDITION DEFINES - AN ERROR THAT IS SO OBVIOUS AND PREJUDICAL THAT AN APPELLATE COURT SHOULD ADDRESS IT. DESPITE THE PARTIES FAILURE TO RAISE A PROPER OBJECTION AT TRIAL. A PLAIN ERROR IS OFTEN SAID TO BE SO OBVIOUS AND SUBSTANTIAL THAT FAILURE TO CORRECT IT WOULD INFRINGE A PARTIES DUE- PROCESS RIGHTS AND DAMAGE THE INTEGRITY OF THE JUDICAL PROCESS. MERRIAN - WEBSTER DICTIONARY OF LAW 2016 DEFINES - AN OBVIOUS AND PREJUDICAL ERROR THAT EFFECTS THE SUBSTANTIAL RIGHTS OF THE PARTIES AND THE RESULT OR PROBABLE RESULTS ON APPEAL EVEN IN THE ABSENT OF OBJECTION TO THE ERROR AT TRIAL.

FACTS AND CONCLUSION OF LAW: INDICTMENT 08-08-4437-CR ENHANCEMENT PENAL CODE USED WAS A CRIME I WAS NEVER CHARGE WITH OR CONVICTED OF.

SUBSTANTIAL RIGHT VIOLATION - LIBERTY

United States Courts
Southern District of Texas
FILED

NOV 04 2024

Nathan Ochsner, Clerk of Court

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COTTON | V | STATE | 626 | SW 2d | 531 | 11-10-1981 |
| McFARLAND | V | STATE | 605 | SW 2d | 904 | 7-2-1980 |
| LEE | V | STATE | 589 | SW 2d | 710 | 11-21-1979 |
| HARRIS | V | STATE | 587 | SW 2d | 429 | 10-10-1979 |
| HENDERSON | V | STATE | 600 | SW 2d | 788 | 5-3-1979 |
| PEOPLES | V | STATE | 566 | SW 2d | 640 | 6-7-1971 |
| BAKER | V | STATE | 547 | SW 2d | 627 | 3-9-1977 |
| DANIEL | V | STATE | 547 | SW 2d | 597 | 2-23-1977 |
| STANDLEY | V | STATE | 517 | SW 2d | 538 | 1-15-1975 |
| AUZENNE | V | STATE | 547 | SW 2d | 596 | 2-23-1977 |
| EX PARTE CANNON | | | 546 | SW 2d | 266 | 5-2-1976 |
| REYNOLDS | V | STATE | 547 | SW 2d | 590 | 11-3-1976 |
| HERRIN | V | STATE | 547 | SW 2d | 598 | 2-23-1977 |
| MOORE | V | STATE | 545 | SW 2d | 140 | 10-13-1976 |
| SHANE | V | STATE | 513 | SW 2d | 579 | 4-3-1974 |
| JOHNSON | V | STATE | 547 | SW 2d | 599 | 2-23-1977 |
| EX PARTE ROBERTS | | | 522 | SW 2d | 461 | 5-7-1975 |
| CARTER | V | STATE | 639 | SW 2d | 13 | 6-22-1982 |
| LUNSFORD | V | STATE | 1 TEX CT APP 448 | | | 1876 |
| HUGGINS | V | STATE | 544 | SW 2d | 147 | 12-8-1976 |
| RESEEK | V | STATE | 545 | SW 2d | 164 | 1-5-1977 |
| LANDRY | V | STATE | 583 | SW 2d | 620 | 7-18-1979 |
| ARDEN | V | STATE | 572 | SW 2d | 546 | 10-23-1978 |
| EX PARTE McCURDY | | | 571 | SW 2d | 31 | 9-20-1978 |
| DELAROSA | V | STATE | 677 | SW 3d | 668 | 10-21-2023 |
| EX PARTE ALVEAR | | | 524 | SW 3d | 261 | 3-10-2006 |
| WOODARD | V | STATE | 300 | SW 3d | 404 | 10-22-2009 |
| MESSENGER | V | STATE | 638 | SW 2d | 883 | 9-22-1989 |
| DELEON | V | STATE | 583 | SW 3d | 693 | 12-28-2018 |
| CARTER | V | STATE | 804 | SW 2d | 326 | 2-14-1991 |
| TREJO | V | STATE | 313 | SW 3d | 870 | 5-20-2010 |
| DOUGLAS | V | STATE | 915 | SW 2d | 166 | 1-18-1996 |
| THORNTON | V | STATE | 601 | SW 2d | 340 | 11-21-1970 |
| HILL | V | STATE | 640 | SW 2d | 899 | 5-22-1982 |
| INSALL | V | STATE | 14 TEX CT APP 145 | | | 5-5-1883 |

DEBA RAYMOND
1560023TERA ENUNIT
1300 FM 655
ROSHALON TX 77583

HOUSTON TX RPDC 773

29 OCT 2024 PM 4 L

United States Courts
Southern District of Texas
F I L E D
NOV 04 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON TX 77208

77208-101010

LEGAL MAIL